UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LA MAR,

        Plaintiff,

    v.

MIDFIRST BANK,

        Defendant.

No. 2:15-cv-1988-KM-MAH

ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation ("R&R") (ECF No. 34) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that the District Court dismiss plaintiff's complaint with prejudice; and no party having filed an objection to the R&R, see Fed. R. Civ. P. 72(b)(2); and the Court having considered all the foregoing and reviewed *de novo* the Magistrate Judge's R&R; and the Court having decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78; and for good cause appearing therefor;

**IT IS** this 5th day of June, 2018,

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 34) is adopted, and the motion to dismiss plaintiff's complaint is granted.

                                                  KEVIN MCNULTY
                                                  United States District Judge